# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 25, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146478(127)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAYMOND CURTIS CARP,
      Defendant-Appellant.
_____/

SC: 146478
COA: 307758
St. Clair CC: 06-001700-FC

      On order of the Chief Justice, the motion of amicus curiae Michigan Attorney General for ten minutes of oral argument from the time allotted to the St. Clair County Prosecutor, in light of the agreement of the St. Clair County Prosecutor, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2014



Clerk